# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE ALLENSWORTH, | CASE NO. CV F 11-2077 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 7.) |
| vs. | |
| TRS RECOVERY SERVICE, INC., | |
| Defendant. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;

2. VACATES all pending matters and dates, including the April 26, 2012 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:** February 22, 2012  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1