**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENE ALLENSWORTH,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TRS RECOVERY SERVICE, INC.,<br><br>　　　　　　　Defendant.<br>_____/ | CASE NO. CV F 11-2077 LJO SKO<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 7.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;

2. VACATES all pending matters and dates, including the April 26, 2012 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:　February 22, 2012**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1